# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 131 MM 2022

Respondent   :

v.   :

WALTER PAUL RAVEN,   :

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2023, the "Motion Seeking the Appointment of Conflict Counsel" is DENIED.